14-348-cv
*Mills v. Genesee Cnty.*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand fourteen.

PRESENT:
> JOSÉ A. CABRANES,
> RAYMOND J. LOHIER, JR.,
> CHRISTOPHER F. DRONEY,
> > *Circuit Judges.*

_____

Richard Mills,

> *Plaintiff-Appellant,*

> v.                                                                   14-348-cv

Genesee County, *et al.*,

> *Defendants-Appellees.*

_____

| | |
|---|---|
| **FOR PLAINTIFF APPELLANT:** | Richard Mills, *pro se*, Romulus, NY. |
| **FOR DEFENDANTS-APPELLEES :** | Robert M. Goldfarb, Denise A. Hartman, Assistant Solicitors General, *for* Eric T. Schneiderman, Attorney General of the State of New York, Albany, NY. |
| | Michael F. Perley, Daniel T. Hunter, Hurwitz & Fine, P.C., Buffalo, NY. |

Robert P. Yawman, III, *for* Merideth H. Smith, Monroe County Attorney, Rochester, NY.

No Appearance for Judy Mills.

Appeal from a judgment of the United States District Court for the Western District of New York (Richard J. Arcara, *Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED** that the judgment of the District Court is **AFFIRMED**.

Appellant Richard Mills, proceeding *pro se*, appeals from the District Court's January 9, 2014 judgment dismissing his complaint pursuant to its order granting a sanction of dismissal under Federal Rule of Civil Procedure Rule 11. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review a district court's imposition of sanctions for abuse of discretion. *See MacDraw, Inc. v. CIT Grp. Equip. Fin., Inc.*, 73 F.3d 1253, 1257 (2d Cir. 1996). A district court abuses its discretion if its ruling is based on an error of law or a clearly erroneous view of the facts or "cannot be located within the range of permissible decisions." *Kiobel v. Millson*, 592 F.3d 78, 81 (2d Cir. 2010).

Here, Mills possessed ample notice to contest the charge of fraud on the court, the District Court made the necessary findings for imposing a sanction of dismissal pursuant to its inherent authority, and the findings were not clearly erroneous.

Accordingly, we **AFFIRM** the judgment of the District Court. Mill's motion to strike the brief of Appellees Genesee County, David Gann, and Lawrence Friedman and for sanctions is **DENIED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2